UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA BRENT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11 C 0964 |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### **COMMISSIONER'S MOTION TO AFFIRM THE COMMISSIONER'S DECISION**

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to 42 U.S.C. § 405(g), for judgment to be entered affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jeffrey M. Hansen
    JEFFREY M. HANSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1325
    jeffrey.hansen@usdoj.gov